BERTHA McGINLEY, PLAINTIFF-APPELLANT, v. FRANK
TONTI, DEFENDANT-APPELLEE.

Submitted October 17, 1930——Decided April 2, 1931.

Before Justices CASE, DALY and DONGES.

For the appellant, *Evans, Smith & Evans,* and *John D.
Masterson.*

For the appellee, *Stein & Stein.*

PER CURIAM.

This is an appeal from a judgment of the Second District
Court of Paterson entered in favor of the defendant. The
suit arose out of an automobile collision. Plaintiff sued to
recover the damage done to her car and defendant counter-
claimed for the damage to his car. The court gave judgment
for the defendant on his counter-claim. No point is made of
the propriety of entertaining a counter-claim in a District
Court action in tort.

The case presents a question of fact only. Appellant ar-
gues no other ground. There is ample support for the find-
ing of the trial judge that the plaintiff's husband's negli-
gence was the proximate cause of the accident and that the
defendant was free from contributory negligence.

The judgment is affirmed, with costs.